**LEWIS BRISBOIS BISGAARD & SMITH LLP**
MATTHEW D. KLEIFIELD SB #011564
Matthew.Kleifield@lewisbrisbois.com
CAMERON A. HAMRICK, SB #039293
Cameron.Hamrick@lewisbrisbois.com
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Firm email: azdocketing@lewisbrisbois.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA, PHOENIX

| | |
|---|---|
| Allen Scott and Erlinda Scott, husband and wife,<br><br>            Plaintiff,<br><br>    vs.<br><br>Hefei Wanli Tire Co., Ltd., a Foreign joint venture; Wanli Tire Corp., Ltd., a foreign corporation Wanli Commercial Tire North America, Inc., a foreign company; Guangzhou Industrial Investment Holding Group., Ltd., a Foreign corporation: Hefei JAC Automobile Co., Ltd., a foreign corporation; South China Tire & Rubber Company, Ltd., a foreign corporation; DOES I through X, ABC PARTNERSHIPS I through X, and BLACK CORPORATIONS I through X,,,<br><br>            Defendant. | Case No.<br><br>(Yuma County Superior Court case no. S1400CV202300382)<br><br>**NOTICE OF REMOVAL**<br><br>Judge: |

Pursuant to 28 U.S.C. §§ 1332, 1441, 1446 and Local Rule 3.6 ("L.R. Civ."), Local Rules of the United States District Court for the District of Arizona, Defendant Wanli Tire Corp., Ltd., by and through undersigned counsel, hereby gives notice of the removal of the above captioned case from the Superior Court of the State of Arizona, in and for the County of Yuma, to the United States District Court for the District of Arizona, and in support thereof respectfully asserts:

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

149152122.1

1.      On November 6, 2023, Plaintiffs Allen and Erlinda Scott, filed the present lawsuit in the Superior Court of the State of Arizona, in and for the County of Yuma, Case No. S1400CV202300382. *See* Complaint, Summons, Demand for Jury Trial, and Certificate of Compulsory Arbitration, attached as **Exhibits "A," "B," "C," and "D."**

2.      On October 22, 2024, Defendant was served a copy of the previously listed exhibits.

3.      This court has original jurisdiction over "all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of different states." 28 U.S.C. § 1332.

4.      Plaintiffs were citizens of the State of Arizona at the time this action commenced. *See* Exhibit "A" at ¶ 2.

5.      Defendant is a foreign corporation organized and existing under the laws of China, with its principal place of business in Wanli, China.

6.      Pursuant to 28 U.S.C. § 1441 (b)(1), the citizenship of Defendants sued under fictious names (Does I through X, ABC Partnerships I through X, and Black Corporations I through X, etc) are disregarded.

7.      Accordingly, complete diversity exists under 28 U.S.C. § 1332(a)(1) because this is a civil action between citizens of Arizona and a foreign corporation.

8.      The Complaint alleges that Defendant Wanli Tire Corp, Ltd. Is strictly liable under a theory of products liability for selling a tire with a defective condition and when in the scope of a foreseeable use by Plaintiffs caused their alleged injuries and damages. *See* Exhibit "A" at ¶¶ 19-24.

9.      The Complaint further alleges that Defendant Wanli Tire Corp, Ltd. is liable under a theory of negligence for the same conduct. *See* Exhibit "A" at ¶¶ 25-28.

10.     Pursuant to 27 U.S.C. § 1446(a), a notice of removal "need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold." *Dart Cherokee Basin Operating Co. v. Owens*, 574 U.S. 81, 89 (2014). Evidence to establish the amount in controversy is required "only when the plaintiff contests, or the court



questions, the defendant's allegation." *Id.*

11.　Plaintiffs claim that the damages at issue qualify this matter for Tier 3, which means they seek damages exceeding $300,000. *See* Exhibit "A" at page 5 line 27; Arizona Rules of Civil Procedure 26.2(c)(3).

12.　Because this is a civil action between parties with complete diversity of citizenship and the amount in controversy, exclusive of interest and costs, exceeds the jurisdictional minimum of $75,000, this Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1332, and this action may be removed pursuant to 28 U.S.C. § 1441(a).

13.　This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) because it is being filed within thirty (30) days after receipt of the complaint by Defendant.

14.　Pursuant to L.R. Civ. 3.6(a), a copy of the most recent version of the docket from the Yuma County Superior Court is attached as **Exhibit "E."**

15.　Pursuant to 28 U.S.C. § 1446(a) and L.R. Civ. 3.6(b), undersigned counsel certifies that exhibits "A" through "E" attached include true and complete copies of all documents filed in the Superior Court of the State of Arizona, in and for the County of Yuma. *See* Declaration of Matthew D. Kleifield, attached as **Exhibit "F."**

16.　A Notification of Filing Notice of Removal in Federal Court in the form attached as **Exhibit "G"** shall be filed in Superior Court of the State of Arizona, in and for the County of Yuma, pursuant to 28 U.S.C. § 1446(d) and served upon counsel for Plaintiff.

WHEREFORE, Defendant requests that the above action now pending in the Yuma County Superior Court be removed to this Court.

DATED this 22nd day of November, 2024

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

149152122.1

3

1

LEWIS BRISBOIS BISGAARD & SMITH LLP

2

3

4      By:      /s/ Matthew D. Kleifield

5              Matthew D. Kleifield
              Cameron A. Hamrick
              Attorneys for Defendants

6

7

8

9                     **CERTIFICATE OF SERVICE**

10

11          I hereby certify that on November 22, 2024, I electronically transmitted the attached

12   document to the Clerk's Office for filing using the CM/ECF System, including as to the

13   following parties.

14

15   Davis Miles
     **McGuire Gardner**
16   40 E. Rio Salado Parkway Suite 425
     Tempe, AZ 85281
17   Telephone: (480) 733-6800
     Fax: (480) 733-3748
18   Efile.dockets@davismiles.com
     **Micheal E. Medina, Jr., SBN 014846**
19   mmedina@davismiles.com
     **Steven Weinberger, SBN 015349**
20   sweinberger@davismiles.com
     **Taylor Calmelat, SBN 037217**
21   tcalmelat@davismiles.com
     *Attorney for Plaintiffs*
22

23   /s/ Thressa Brown

24

25

26

27

28

# Exhibit A

FILED
Lynn Fazz
CLERK, SUPERIOR COURT
06/28/2023  2:29PM
BY: CIBROWN
DEPUTY

Case No.: S1400CV202300382
HON. HON LARRY KENWORTHY

1

2
**Davis Miles**
McGuire Gardner
3   40 E. Rio Salado Parkway, Suite 425
Tempe, AZ  85281
4   Telephone:  (480) 733-6800
Fax: (480) 733-3748
5   efile.dockets@davismiles.com
**Michael E. Medina, Jr., SBN 014846**
6   mmedina@davismiles.com
**Steven Weinberger, SBN 015349**
7   sweinberger@davismiles.com
**Taylor Calmelat, SBN 037217**
8   tcalmelat@davismiles.com

9              **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

10                **IN AND FOR THE COUNTY OF YUMA**

11   ALLAN SCOTT and ERLINDA SCOTT,
husband and wife;                              **CASE NO.**
12
Plaintiff,
13                                                **COMPLAINT**
vs.
14
Hefei Wanli Tire Co., Ltd., a foreign joint
15   venture; Wanli Tire Corp., Ltd., a foreign
corporation; Wanli Commercial Tire North
16   America,   Inc.,   a   foreign   company;
Guangzhou Industrial Investment Holding
17   Group., Ltd., a foreign corporation; Hefei
JAC   Automobile   Co.,   Ltd.,   a   foreign
18   corporation; South China Tire & Rubber
Company, Ltd., a foreign corporation; DOES
19   I  through  X,  ABC  PARTNERSHIPS  I
through X, and BLACK CORPORATIONS
20   I through X,

21              Defendants.

22
Plaintiffs Allan Scott and Erlinda Scott, by and through undersigned counsel, alleges
23   as follows:
24
                **PARTIES, JURISDICTION, AND VENUE**
25
       1.    Plaintiffs Allan Scott and Erlinda Scott at all times are and were husband and
26   wife.
27

28                                        1

2.    Plaintiffs Allan Scott and Erlinda Scott are and were at all times residents of Yuma County, State of Arizona.

3.    The events giving rise to this matter occurred in Yuma County, State of Arizona.

4.    Defendant Hefei Wanli Tire Co., Ltd. ("Hefei Wanli Tire") is a foreign joint venture organized and existing under the laws of China, with its principal place of business in Anhui, China. Hefei Wanli Tire engaged in the business of manufacturing and selling tires in the United States market including the Arizona market, and as part of this business, Hefei Wanli designed, manufactured, marketed, and sold tires such as the subject Wanli Milever Suny Super Single Tire 385/65R22.5 tire, which is a part of this lawsuit.

5.    Defendant Wanli Tire Corp., Ltd. ("Wanli Tire") is a foreign company is a foreign company organized and existing under the laws of China, with its principal place of business in Anhui, China including its truck tire factory. Wanli Tire engaged in the business of manufacturing and selling tires in the United States market including the Arizona market, and as part of this business, Wanli Tire designed, manufactured, marketed, and sold tires such as the subject Wanli Milever Suny Super Single Tire 385/65R22.5 tire, which is a part of this lawsuit.

6.    Wanli Commercial Tire North America, Inc. ("Wanli Commerical Tire") is a division of Wanli Tire Corp., Ltd. Wanli Commercial Tire was established by Wanli Tire to handle imports, sales, and shipments of Wanli-brand truck and bus tires in the United States, Canada, and Mexico. Wanli Commercial Tire's principal place of business is Ontario, California.

7.    Guangzhou Industrial Investment Holding Group., Ltd. ("Guangzhou") is a foreign company organized and existing under the laws of China, with its principal place of business in Guangzhou, China. Guangzhou is part of the joint venture Hefei Wanli Tire.

8.    Hefei JAC Automobile Co., Ltd. ("Hefei JAC") is a foreign company organized and existing under the laws of China. Hefei JAC is part of the joint venture Hefei Wanli Tire.

2

9.     South China Tire & Rubber Company, Ltd. ("South China Tire") is a foreign company organized and existing under the laws of China. South China Tire engaged in the business of manufacturing and selling tires in the United States market including the Arizona market, and as part of this business, Hefei Wanli designed, manufactured, marketed, and sold tires such as the subject Wanli Milever Suny Super Single Tire 385/65R22.5 tire, which is a part of this lawsuit.

10.     Venue is proper in Maricopa County, Arizona.

11.     DOES I-X, ABC Partnerships I-X, and XYZ Corporations I-X are corporations, businesses, entities, persons, agents, servants, or employees whose true names are not known to Plaintiffs at the present time. Plaintiffs are informed and upon information and belief, alleges that DOES I-X, ABC Partnerships I-X, and XYZ Corporations I-X are residents of the State of Arizona or are doing business in the State of Arizona. When the true names of said persons, agents, servants, employees, corporations, or entities become known to Plaintiffs, they will ask leave of the court to amend the Complaint to reflect such true names together with the appropriate charging instruction allegations. Each of these Defendants caused Plaintiffs' injuries and damages by their negligence or by their breach of duties owed to Plaintiffs or is otherwise responsible as a matter of law for the acts of others who caused Plaintiffs' injuries and damages by such negligence and breach of duty.

12.     All acts complained of were done by Defendants or their authorized agents, and if done by Defendants' employees, were performed while in the course and scope of their employment so that Defendants are legally responsible for their agents' or employees' acts.

## GENERAL ALLEGATIONS

13.     Plaintiffs re-allege and incorporate by reference all prior allegations of this Complaint as though fully set forth herein.

14.     On July 3, 2021 at approximately 12:22 p.m., Plaintiff Allan Scott was driving a 10-wheel Water Truck owned by his employer, Tri Rotor AG, on eastbound Interstate 10 near mile marker 64.

3

15.    Suddenly without warning, the left front tire experienced a tread/belt detachment that caused the vehicle to go out of control and roll onto its side.

16.    The left front tire is a Milelever medium truck tire size 385/65R22.5 160J LRL with a DOT code of 4HBK 1516 manufactured and designed by Wanli Tire Corporation. *See,* Exhibit 1.

17.    During the crash, Plaintiff Allan Scott received serious and permanent injuries as a result of the tire failure and subsequent rollover.

## COUNT I – STRICT PRODUCTS LIABILITY
## AGAINST TIRE DEFENDANTS

18.    Plaintiffs re-allege and incorporate by reference all preceding paragraphs of this Complaint as though fully set forth herein.

19.    Defendants Hefei, Wanli Tire, Wanli Commercial Tire, Hefei JAC, Guangzhou, and South China Tire (jointly "Tire Defendants") designed, manufactured, tested, inspected, warranted, marketed, distributed, imported, and sold the Wanli Milever Suny Super Single Tire 385/65R22.5 tire ("Defective Tire").

20.    Tire Defendants were in the business of selling tires when the "Defective Tire" was sold and the "Defective Tire" was in a defective and unreasonably dangerous condition.

21.    At the above-described time and place, the "Defective Tire" was being used in a manner foreseeable by Tire Defendants and as so used, was defective, unfit and unreasonably dangerous for its intended and/or foreseeable uses.

22.    The "Defective Tire" was additionally defective and unreasonably dangerous in that Tire Defendants failed to provide adequate warnings including, but not limited to, warnings about tire aging and adequate instructions concerning its use.

23.    The aforementioned incident was a direct and proximate result of a defect or defects in the "Defective Tire" and/or the failure of Tire Defendants to warn and instruct as to the safe and proper use of its tire. As a result, Tire Defendants should be held strictly liable in tort to Plaintiffs Allan Scott and Erlinda Scott.

4

24.     As a direct and proximate result of the defective nature of the tire and said deficiencies in warnings and/or instructions, Plaintiff Allan Scott suffered significant bodily injuries, some of which may be permanent in nature. Plaintiff Allan Scott has also incurred lost wage damages, as a result of his bodily injuries. In addition, Plaintiff Allan Scott experienced severe emotional distress, pain and suffering, and loss of enjoyment of life, caused by Tire Defendants' tortious behavior. Additionally, Plaintiff Erlinda Scott suffered loss of consortium.

## SECOND CAUSE OF ACTION

## NEGLIGENCE AGAINST TIRE DEFENDANTS

25.     Plaintiffs re-allege and incorporate by reference all prior allegations set forth in this Complaint as though fully set forth herein.

26.     Tire Defendants were negligent and careless in the design, manufacture, inspection, assembly, installation, distribution, maintenance, and sale of the "Defective Tire" and in the failure to warn and instruct with respect to the safe and proper use of its tire.

27.     As a direct and proximate result of such negligence and carelessness, Plaintiff Allan Scott suffered significant bodily injuries, some of which may be permanent in nature. Plaintiff Allan Scott has further incurred lost wage damages, as a result of his bodily injuries. In addition, Plaintiff Allan Scott experienced severe emotional distress, pain and suffering, and loss of enjoyment of life, caused by Tire Defendants' tortious behavior. Additionally, Plaintiff Erlinda suffered loss of consortium.

28.     Acting to serve their own interests, Tire Defendants consciously disregarded the substantial risk that its conduct might significantly injure the rights of others, including motorists and passengers of vehicles equipped with Tire Defendants' tires, and consciously pursued a course of conduct knowing that it created a substantial risk of significant harm to those persons. Tire Defendants should therefore be required to respond to Plaintiffs Allan Scott and Erlinda Scott in exemplary and punitive damages.

**For purposes of Tier Classification, this case belongs in Tier 3.**

5

1    WHEREFORE, Plaintiffs pray for judgment against Tire Defendants as follows:

2    (1)    For the reasonable value of medical expenses incurred by Plaintiff Allan Scott;

3    (2)    For the reasonable value of lost wages and lost earning capacity;

4    (3)    For pain and suffering;

5    (4)    For costs of this suit;

6    (5)    For punitive and exemplary damages; and

7    (6)    For loss of consortium for Plaintiff Erlinda Scott.

8    (7)    For such other and further relief as the Court deems just and proper.

9

10    Dated this 28th day of June, 2023.

11

12                                            **DAVIS MILES MCGUIRE GARDNER, PLLC**

13

14                                            By: */s/Michael E. Medina, Jr.*
                                                 Michael E. Medina, Jr.
15                                               Steven Weinberger
                                                 Taylor Calmelat
16                                               40 E. Rio Salado Parkway, Suite 425
                                                 Tempe, AZ  85281
17                                               *Attorneys for Plaintiffs*

18    ORIGINAL e-filed via TurboCourt
19    this 28th day of June, 2023 with:

20    Clerk of the Court
      Yuma County Superior Court
21

22

23

24

25

26

27

28                                            6

# Exhibit B

Person/Attorney Filing: Michael E Medina JR
Mailing Address: 40 E. Rio Salado Pkwy., Ste. 425
City, State, Zip Code: Tempe, AZ 85281
Phone Number: (480)344-0957
E-Mail Address: mmedina@davismiles.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 014846, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
### IN AND FOR THE COUNTY OF YUMA

Allen Scott, et al.
Plaintiff(s),
v.
Hefei Wanli Tire Co., LTD, et al.
Defendant(s).

Case No.    S1400CV202300382

**SUMMONS**

To: Wanli Tire Corp., LTD

## WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 250 W. 2nd Street, Yuma, Arizona 85364 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  YUMA

SIGNED AND SEALED this date:*June 28, 2023*

*Lynn Fazz*
Clerk of Superior Court

By:*CIBROWN*
Deputy Clerk



*AZturboCourt.gov Form Set #8097896*

2

# Exhibit C

FILED
Lynn Fazz
CLERK, SUPERIOR COURT
06/28/2023 2:29PM
BY: CJBROWN
DEPUTY

Case No.: S1400CV202300382
HON. HON LARRY KENWORTHY

1

**⊞Davis Miles**

2

McGuire Gardner

3
40 E. Rio Salado Parkway, Suite 425
Tempe, AZ 85281

4
Telephone: (480) 733-6800
Fax: (480) 733-3748

5
efile.dockets@davismiles.com
**Michael E. Medina, Jr., SBN 014846**

6
mmedina@davismiles.com
**Steven Weinberger, SBN 015349**

7
sweinberger@davismiles.com
**Taylor Calmelat, SBN 037217**

8
tcalmelat@davismiles.com

9
## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

10
## IN AND FOR THE COUNTY OF YUMA

11
ALLAN SCOTT and ERLINDA SCOTT, husband and wife;

12
**CASE NO.**

13
Plaintiff,

**DEMAND FOR JURY TRIAL**

14
vs.

15
Hefei Wanli Tire Co., Ltd., a foreign joint venture; Wanli Tire Corp., Ltd., a foreign

16
corporation; Wanli Commercial Tire North America, Inc., a foreign company;

17
Guangzhou Industrial Investment Holding Group., Ltd., a foreign corporation; Hefei

18
JAC Automobile Co., Ltd., a foreign corporation; South China Tire & Rubber

19
Company, Ltd., a foreign corporation; DOES I through X, ABC PARTNERSHIPS I

20
through X, and BLACK CORPORATIONS I through X,

21
Defendants.

22

23
NOTICE IS HEREBY GIVEN that pursuant to Rule 38(b) of the Arizona Rules of

24
Civil Procedure, Plaintiff, pursuant to A.R.S. § 12-612(A), hereby requests a trial by jury of

25
all triable issues in the above-captioned matter.

26

27
DATED this 28th day of June, 2023.

28
1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DAVIS MILES MCGUIRE GARDNER, PLLC**

By: */s/Michael E. Medina, Jr.*
Michael E. Medina, Jr.
Steven Weinberger
Taylor Calmelat
40 E. Rio Salado Parkway, Suite 425
Tempe, AZ  85281
*Attorneys for Plaintiffs*

ORIGINAL e-filed via TurboCourt
this 28th day of June, 2023 with:

Clerk of the Court
Yuma County Superior Court

2

# Exhibit D

Person/Attorney Filing: Michael E Medina JR
Mailing Address: 40 E. Rio Salado Pkwy., Ste. 425
City, State, Zip Code: Tempe, AZ 85281
Phone Number: (480)344-0957
E-Mail Address: mmedina@davismiles.com
[ □ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 014846, Issuing State: AZ

FILED
Lynn Fazz
CLERK, SUPERIOR COURT
06/28/2023  2:29PM
BY: CIBROWN
DEPUTY

Case No.: S1400CV202300382
HON. HON LARRY KENWORTHY

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF YUMA

Allen Scott, et al.
Plaintiff(s),
v.
Hefei Wanli Tire Co., LTD, et al.
Defendant(s).

Case No.

**CERTIFICATE OF
COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the
Local Rules of Practice for the Yuma County Superior Court, and I further certify that
this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of
the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: Michael E Medina JR /s/
Plaintiff/Attorney for Plaintiff

# Exhibit E

FILED
Lynn Fazz
CLERK, SUPERIOR COURT
06/28/2023 2:29PM
BY: CIBROWN
DEPUTY

Case No.: S1400CV202300382
HON. HON LARRY KENWORTHY

1

**Davis Miles**

2

McGuire Gardner

3
40 E. Rio Salado Parkway, Suite 425
Tempe, AZ 85281

4
Telephone: (480) 733-6800
Fax: (480) 733-3748

5
efile.dockets@davismiles.com
**Michael E. Medina, Jr., SBN 014846**

6
mmedina@davismiles.com
**Steven Weinberger, SBN 015349**

7
sweinberger@davismiles.com
**Taylor Calmelat, SBN 037217**

8
tcalmelat@davismiles.com

9
**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

10
**IN AND FOR THE COUNTY OF YUMA**

11
ALLAN SCOTT and ERLINDA SCOTT, husband and wife;

12

|  |  |
|---|---|
| ALLAN SCOTT and ERLINDA SCOTT, husband and wife; | **CASE NO.** |
| Plaintiff, | **COMPLAINT** |
| vs. | |
| Hefei Wanli Tire Co., Ltd., a foreign joint venture; Wanli Tire Corp., Ltd., a foreign corporation; Wanli Commercial Tire North America, Inc., a foreign company; Guangzhou Industrial Investment Holding Group., Ltd., a foreign corporation; Hefei JAC Automobile Co., Ltd., a foreign corporation; South China Tire & Rubber Company, Ltd., a foreign corporation; DOES I through X, ABC PARTNERSHIPS I through X, and BLACK CORPORATIONS I through X, | |
| Defendants. | |

22

23
Plaintiffs Allan Scott and Erlinda Scott, by and through undersigned counsel, alleges

24
as follows:

25
**PARTIES, JURISDICTION, AND VENUE**

26
1.    Plaintiffs Allan Scott and Erlinda Scott at all times are and were husband and

27
wife.

28
1

2.     Plaintiffs Allan Scott and Erlinda Scott are and were at all times residents of Yuma County, State of Arizona.

3.     The events giving rise to this matter occurred in Yuma County, State of Arizona.

4.     Defendant Hefei Wanli Tire Co., Ltd. ("Hefei Wanli Tire") is a foreign joint venture organized and existing under the laws of China, with its principal place of business in Anhui, China. Hefei Wanli Tire engaged in the business of manufacturing and selling tires in the United States market including the Arizona market, and as part of this business, Hefei Wanli designed, manufactured, marketed, and sold tires such as the subject Wanli Milever Suny Super Single Tire 385/65R22.5 tire, which is a part of this lawsuit.

5.     Defendant Wanli Tire Corp., Ltd. ("Wanli Tire") is a foreign company is a foreign company organized and existing under the laws of China, with its principal place of business in Anhui, China including its truck tire factory. Wanli Tire engaged in the business of manufacturing and selling tires in the United States market including the Arizona market, and as part of this business, Wanli Tire designed, manufactured, marketed, and sold tires such as the subject Wanli Milever Suny Super Single Tire 385/65R22.5 tire, which is a part of this lawsuit.

6.     Wanli Commercial Tire North America, Inc. ("Wanli Commerical Tire") is a division of Wanli Tire Corp., Ltd. Wanli Commercial Tire was established by Wanli Tire to handle imports, sales, and shipments of Wanli-brand truck and bus tires in the United States, Canada, and Mexico. Wanli Commercial Tire's principal place of business is Ontario, California.

7.     Guangzhou Industrial Investment Holding Group., Ltd. ("Guangzhou") is a foreign company organized and existing under the laws of China, with its principal place of business in Guangzhou, China. Guangzhou is part of the joint venture Hefei Wanli Tire.

8.     Hefei JAC Automobile Co., Ltd. ("Hefei JAC") is a foreign company organized and existing under the laws of China. Hefei JAC is part of the joint venture Hefei Wanli Tire.

2

9.    South China Tire & Rubber Company, Ltd. ("South China Tire") is a foreign company organized and existing under the laws of China. South China Tire engaged in the business of manufacturing and selling tires in the United States market including the Arizona market, and as part of this business, Hefei Wanli designed, manufactured, marketed, and sold tires such as the subject Wanli Milever Suny Super Single Tire 385/65R22.5 tire, which is a part of this lawsuit.

10.    Venue is proper in Maricopa County, Arizona.

11.    DOES I-X, ABC Partnerships I-X, and XYZ Corporations I-X are corporations, businesses, entities, persons, agents, servants, or employees whose true names are not known to Plaintiffs at the present time. Plaintiffs are informed and upon information and belief, alleges that DOES I-X, ABC Partnerships I-X, and XYZ Corporations I-X are residents of the State of Arizona or are doing business in the State of Arizona. When the true names of said persons, agents, servants, employees, corporations, or entities become known to Plaintiffs, they will ask leave of the court to amend the Complaint to reflect such true names together with the appropriate charging instruction allegations. Each of these Defendants caused Plaintiffs' injuries and damages by their negligence or by their breach of duties owed to Plaintiffs or is otherwise responsible as a matter of law for the acts of others who caused Plaintiffs' injuries and damages by such negligence and breach of duty.

12.    All acts complained of were done by Defendants or their authorized agents, and if done by Defendants' employees, were performed while in the course and scope of their employment so that Defendants are legally responsible for their agents' or employees' acts.

## GENERAL ALLEGATIONS

13.    Plaintiffs re-allege and incorporate by reference all prior allegations of this Complaint as though fully set forth herein.

14.    On July 3, 2021 at approximately 12:22 p.m., Plaintiff Allan Scott was driving a 10-wheel Water Truck owned by his employer, Tri Rotor AG, on eastbound Interstate 10 near mile marker 64.

3

1       15.    Suddenly without warning, the left front tire experienced a tread/belt
2  detachment that caused the vehicle to go out of control and roll onto its side.

3       16.    The left front tire is a Milelever medium truck tire size 385/65R22.5 160J LRL
4  with a DOT code of 4HBK 1516 manufactured and designed by Wanli Tire Corporation. *See,*
5  Exhibit 1.

6       17.    During the crash, Plaintiff Allan Scott received serious and permanent injuries
7  as a result of the tire failure and subsequent rollover.

8  **COUNT I – STRICT PRODUCTS LIABILITY**
9  **AGAINST TIRE DEFENDANTS**

10      18.    Plaintiffs re-allege and incorporate by reference all preceding paragraphs of this
11  Complaint as though fully set forth herein.

12      19.    Defendants Hefei, Wanli Tire, Wanli Commercial Tire, Hefei JAC, Guangzhou,
13  and South China Tire (jointly "Tire Defendants") designed, manufactured, tested, inspected,
14  warranted, marketed, distributed, imported, and sold the Wanli Milever Suny Super Single
15  Tire 385/65R22.5 tire ("Defective Tire").

16      20.    Tire Defendants were in the business of selling tires when the "Defective Tire"
17  was sold and the "Defective Tire" was in a defective and unreasonably dangerous condition.

18      21.    At the above-described time and place, the "Defective Tire" was being used in
19  a manner foreseeable by Tire Defendants and as so used, was defective, unfit and
20  unreasonably dangerous for its intended and/or foreseeable uses.

21      22.    The "Defective Tire" was additionally defective and unreasonably dangerous in that
22  Tire Defendants failed to provide adequate warnings including, but not limited to, warnings about
23  tire aging and adequate instructions concerning its use.

24      23.    The aforementioned incident was a direct and proximate result of a defect or defects
25  in the "Defective Tire" and/or the failure of Tire Defendants to warn and instruct as to the safe and
26  proper use of its tire. As a result, Tire Defendants should be held strictly liable in tort to Plaintiffs
27  Allan Scott and Erlinda Scott.

28  4

24.     As a direct and proximate result of the defective nature of the tire and said deficiencies in warnings and/or instructions, Plaintiff Allan Scott suffered significant bodily injuries, some of which may be permanent in nature. Plaintiff Allan Scott has also incurred lost wage damages, as a result of his bodily injuries. In addition, Plaintiff Allan Scott experienced severe emotional distress, pain and suffering, and loss of enjoyment of life, caused by Tire Defendants' tortious behavior. Additionally, Plaintiff Erlinda Scott suffered loss of consortium.

## SECOND CAUSE OF ACTION

## NEGLIGENCE AGAINST  TIRE DEFENDANTS

25.     Plaintiffs re-allege and incorporate by reference all prior allegations set forth in this Complaint as though fully set forth herein.

26.     Tire Defendants were negligent and careless in the design, manufacture, inspection, assembly, installation, distribution, maintenance, and sale of the "Defective Tire" and in the failure to warn and instruct with respect to the safe and proper use of its tire.

27.     As a direct and proximate result of such negligence and carelessness, Plaintiff Allan Scott suffered significant bodily injuries, some of which may be permanent in nature. Plaintiff Allan Scott has further incurred lost wage damages, as a result of his bodily injuries. In addition, Plaintiff Allan Scott experienced severe emotional distress, pain and suffering, and loss of enjoyment of life, caused by Tire Defendants' tortious behavior. Additionally, Plaintiff Erlinda suffered loss of consortium.

28.     Acting to serve their own interests, Tire Defendants consciously disregarded the substantial risk that its conduct might significantly injure the rights of others, including motorists and passengers of vehicles equipped with Tire Defendants' tires, and consciously pursued a course of conduct knowing that it created a substantial risk of significant harm to those persons. Tire Defendants should therefore be required to respond to Plaintiffs Allan Scott and Erlinda Scott in exemplary and punitive damages.

**For purposes of Tier Classification, this case belongs in Tier 3.**

5

WHEREFORE, Plaintiffs pray for judgment against Tire Defendants as follows:

(1)    For the reasonable value of medical expenses incurred by Plaintiff Allan Scott;

(2)    For the reasonable value of lost wages and lost earning capacity;

(3)    For pain and suffering;

(4)    For costs of this suit;

(5)    For punitive and exemplary damages; and

(6)    For loss of consortium for Plaintiff Erlinda Scott.

(7)    For such other and further relief as the Court deems just and proper.

Dated this 28ᵗʰ day of June, 2023.

DAVIS MILES MCGUIRE GARDNER, PLLC

By: */s/Michael E. Medina, Jr.*
Michael E. Medina, Jr.
Steven Weinberger
Taylor Calmelat
40 E. Rio Salado Parkway, Suite 425
Tempe, AZ  85281
*Attorneys for Plaintiffs*

ORIGINAL e-filed via TurboCourt
this 28ᵗʰ day of June, 2023 with:

Clerk of the Court
Yuma County Superior Court

6

FILED
Lynn Fazz
CLERK, SUPERIOR COURT
06/28/2023 2:29PM
BY: CIBROWN
DEPUTY

Case No.: S1400CV202300382
HON. HON LARRY KENWORTHY

1
2
3
4
5
6
7
8

## ⟐Davis Miles
### McGuire Gardner
40 E. Rio Salado Parkway, Suite 425
Tempe, AZ 85281
Telephone: (480) 733-6800
Fax: (480) 733-3748
efile.dockets@davismiles.com
**Michael E. Medina, Jr., SBN 014846**
mmedina@davismiles.com
**Steven Weinberger, SBN 015349**
sweinberger@davismiles.com
**Taylor Calmelat, SBN 037217**
tcalmelat@davismiles.com

9

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

10

### IN AND FOR THE COUNTY OF YUMA

11

ALLAN SCOTT and ERLINDA SCOTT, husband and wife;

12

        Plaintiff,

13

vs.

14

15

16

17

18

19

20

21

Hefei Wanli Tire Co., Ltd., a foreign joint venture; Wanli Tire Corp., Ltd., a foreign corporation; Wanli Commercial Tire North America, Inc., a foreign company; Guangzhou Industrial Investment Holding Group., Ltd., a foreign corporation; Hefei JAC Automobile Co., Ltd., a foreign corporation; South China Tire & Rubber Company, Ltd., a foreign corporation; DOES I through X, ABC PARTNERSHIPS I through X, and BLACK CORPORATIONS I through X,

        Defendants.

**CASE NO.**

**DEMAND FOR JURY TRIAL**

22

23

24

25

    NOTICE IS HEREBY GIVEN that pursuant to Rule 38(b) of the Arizona Rules of Civil Procedure, Plaintiff, pursuant to A.R.S. § 12-612(A), hereby requests a trial by jury of all triable issues in the above-captioned matter.

26

27

    DATED this 28th day of June, 2023.

28

1

1

2                                                 **DAVIS MILES MCGUIRE GARDNER, PLLC**

3

4                                                 By: */s/Michael E. Medina, Jr.*
                                                      Michael E. Medina, Jr.
5                                                     Steven Weinberger
                                                      Taylor Calmelat
6                                                     40 E. Rio Salado Parkway, Suite 425
                                                      Tempe, AZ 85281
7                                                     *Attorneys for Plaintiffs*

8   ORIGINAL e-filed via TurboCourt
    this 28th day of June, 2023 with:
9
    Clerk of the Court
10  Yuma County Superior Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                          2

FILED
Lynn Fazz
CLERK. SUPERIOR COURT
06/28/2023  2:29PM
BY: CIBROWN
DEPUTY

Case No.: S1400CV202300382
HON. HON LARRY KENWORTHY

Person/Attorney Filing: Michael E Medina JR
Mailing Address: 40 E. Rio Salado Pkwy., Ste. 425
City, State, Zip Code: Tempe, AZ 85281
Phone Number: (480)344-0957
E-Mail Address: mmedina@davismiles.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 014846, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF YUMA

Allen Scott, et al.
Plaintiff(s),                                   Case No.
v.
Hefei Wanli Tire Co., LTD, et al.
Defendant(s).                          **CERTIFICATE OF
                                        COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the
Local Rules of Practice for the Yuma County Superior Court, and I further certify that
this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of
the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: Michael E Medina JR /s/
     Plaintiff/Attorney for Plaintiff

Person/Attorney Filing: Michael E Medina JR
Mailing Address: 40 E. Rio Salado Pkwy., Ste. 425
City, State, Zip Code: Tempe, AZ 85281
Phone Number: (480)344-0957
E-Mail Address: mmedina@davismiles.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 014846, Issuing State: AZ

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
### IN AND FOR THE COUNTY OF YUMA

Allen Scott, et al.
Plaintiff(s),
v.                                                  Case No.    S1400CV202300382
Hefei Wanli Tire Co., LTD, et al.
Defendant(s).                                       **SUMMONS**

To: Hefei Wanli Tire Co., LTD

## WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 250 W. 2nd Street, Yuma, Arizona 85364 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

AZturboCourt.gov Form Set #d097996

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  YUMA

SIGNED AND SEALED this date:*June 28, 2023*

*Lynn Fazz*
Clerk of Superior Court

By:*CIBROWN*
Deputy Clerk



2

Person/Attorney Filing: Michael E Medina JR
Mailing Address: 40 E. Rio Salado Pkwy., Ste. 425
City, State, Zip Code: Tempe, AZ 85281
Phone Number: (480)344-0957
E-Mail Address: mmedina@davismiles.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 014846, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF YUMA

Allen Scott, et al.
Plaintiff(s),
v.
Hefei Wanli Tire Co., LTD, et al.
Defendant(s).

Case No.   S1400CV202300382

**SUMMONS**

To: Wanli Tire Corp., LTD

## WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 250 W. 2nd Street, Yuma, Arizona 85364 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  YUMA

SIGNED AND SEALED this date:*June 28, 2023*

*Lynn Fazz*
Clerk of Superior Court

By:*CIBROWN*
Deputy Clerk



2

Person/Attorney Filing: Michael E Medina JR
Mailing Address: 40 E. Rio Salado Pkwy., Ste. 425
City, State, Zip Code: Tempe, AZ 85281
Phone Number: (480)344-0957
E-Mail Address: mmedina@davismiles.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 014846, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF YUMA

Allen Scott, et al.
Plaintiff(s),
v.                                          Case No.   S1400CV202300382
Hefei Wanli Tire Co., LTD, et al.
Defendant(s).                               **SUMMONS**

To: Wanli Commercial Tire North America, Inc.

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 250 W. 2nd Street, Yuma, Arizona 85364 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of YUMA

SIGNED AND SEALED this date:*June 28, 2023*

*Lynn Fazz*
Clerk of Superior Court

By:*CIBROWN*
Deputy Clerk



# Exhibit F

1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   MATTHEW D. KLEIFIELD SB #011564
2  Matthew.Kleifield@lewisbrisbois.com
   CAMERON A. HAMRICK, SB #039293
3  Cameron.Hamrick@lewisbrisbois.com
   Phoenix Plaza Tower II
4  2929 North Central Avenue, Suite 1700
   Phoenix, Arizona 85012-2761
5  Telephone: 602.385.1040
   Facsimile: 602.385.1051
6  Firm email: azdocketing@lewisbrisbois.com
   *Attorneys for Defendants*
7

8                 UNITED STATES DISTRICT COURT

9                 DISTRICT OF ARIZONA, PHOENIX

10

11 | Allen Scott and Erlinda Scott, husband and | Case No.
   | wife,
12 |                                            | **DECLARATION OF COUNSEL IN**
   |              Plaintiff,                    | **SUPPORT OF NOTICE OF**
13 |                                            | **REMOVAL**
   |      vs.
14 |                                            |
   | Hefei Wanli Tire Co., Ltd., a Foreign joint | **Judge:**
15 | venture; Wanli Tire Corp., Ltd., a foreign
   | corporation Wanli Commercial Tire North
16 | America, Inc., a foreign company;
   | Guangzhou Industrial Investment Holding
17 | Group., Ltd., a Foreign corporation: Hefei
   | JAC Automobile Co., Ltd., a foreign
18 | corporation; South China Tire & Rubber
   | Company, Ltd., a foreign corporation;
19 | DOES I through X, ABC
   | PARTNERSHIPS I through X, and
20 | BLACK CORPORATIONS I through X,,,
21 |              Defendant.

22

23        Pursuant to 28 U.S.C. § 1446(a) and L.R. Civ. 2.6(b), the undesigned Matthew D.

24 Kleifield, hereby declares as follows:

25        1.      I am counsel for Wanli Tire Co., Ltd. in this action.

26        2.      I have firsthand knowledge of the matters set forth herein.

27        3.      Exhibits A, B, C, D, E, F, & G to the Notice of Removal Constitute true and

28 correct copies of all the pleadings and other documents that have been filed in the state court

149156917.1

1  proceeding.

2      I declare under penalty of perjury that the foregoing is true and correct to the best of

3  my knowledge.

4

5      DATED this 22nd day of November, 2024

6                                      LEWIS BRISBOIS BISGAARD & SMITH LLP

7

8

       By:  _____/s/ Matthew D. Kleifield_____

9                                      Matthew D. Kleifield

10                                     Cameron A. Hamrick
                                       Attorneys for Defendants

11

12

13

14                          **CERTIFICATE OF SERVICE**

15

16      I hereby certify that on November 22, 2024, I electronically transmitted the attached

17  document to the Clerk's Office for filing using the CM/ECF System, including as to the

18  following parties.

19
    Davis Miles
20  **McGuire Gardner**
    40 E. Rio Salado Parkway Suite 425
21  Tempe, AZ 85281
    Telephone: (480) 733-6800
22  Fax: (480) 733-3748
    Efile.dockets@davismiles.com
23  **Micheal E. Medina, Jr., SBN 014846**
    mmedina@davismiles.com
24  **Steven Weinberger, SBN 015349**
    sweinberger@davismiles.com
25  **Taylor Calmelat, SBN 037217**
    tcalmelat@davismiles.com
26  *Attorney for Plaintiffs*

27

28  /s/ Thressa Brown_____

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

149156917.1                                2

# Exhibit G

1  MATTHEW D. KLEIFIELD SB #011564
   Matthew.Kleifield@lewisbrisbois.com
2  CAMERON A. HAMRICK, SB #039293
   Cameron.Hamrick@lewisbrisbois.com
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   Phoenix Plaza Tower II
4  2929 North Central Avenue, Suite 1700
   Phoenix, Arizona 85012-2761
5  Telephone: 602.385.1040
   Facsimile: 602.385.1051
6  Firm email: azdocketing@lewisbrisbois.com
   *Attorneys for Defendants*

7

8              SUPERIOR COURT OF THE STATE OF ARIZONA

9                          COUNTY OF YUMA

10

11 | ALLEN SCOTT and ERLINDA SCOTT, husband and wife, | Case No. S1400CV202300382 |
   |---|---|
12 |                        Plaintiff, | **NOTIFICATION OF NOTICE OF REMOVAL** |
13 |                  vs. | |
14 | Hefei Wanli Tire Co., Ltd., a Foreign joint venture; Wanli Tire Corp., Ltd., a foreign corporation Wanli Commercial Tire North America, Inc., a foreign company; Guangzhou Industrial Investment Holding Group., Ltd., a Foreign corporation: Hefei JAC Automobile Co., Ltd., a foreign corporation; South China Tire & Rubber Company, Ltd., a foreign corporation; DOES I through X, ABC PARTNERSHIPS I through X, and BLACK CORPORATIONS I through X,, | Judge: Hon. Larry Kenworthy |
15 | | |
16 | | |
17 | | |
18 | | |
19 | | |
20 | | |
21 |                        Defendant. | |

22

23 **TO THE CLERK OF THE COURT, PLAINTIFFS AND THEIR ATTORNEYS OF**

24 **RECORD:**

25        PLEASE TAKE NOTICE that on the 21st day of November 2024, Defendant Wanli

26 Tire Corp. Ltd filed its Notice of Removal in the United States District Court for the District

27 of Arizona for removal of this action to that court. A full and correct copy of said Notice of

28 Removal is attached as **Exhibit 1.**

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

149153868.1

DATED this 21st day of November, 2024

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
       /s/ Matthew D. Kleifield
       Matthew D. Kleifield
       Cameron A. Hamrick
       *Attorneys for Defendants*

ORIGINAL of the foregoing e=filed
this 21st day of November, 2024 with:

Yuma County Superior Court

COPY of the foregoing emailed
this 21st day of November, 2024 to:

/s/ Thressa Brown_____

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

149153868.1

2